468 A.2d 829

Commonwealth v. Hughes, Appellant.

Argued June 1, 1983. Nancy Larkin, Assistant Public Defender, for appellant; Stephen B. Harris, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.

BECK, J., concurred in the result.